**Order entered January 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01246-CR

**JOHNATHAN COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 297th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1031532D**

## ORDER

Johnathan Cooper appeals the trial court's findings on his post-conviction DNA testing. Although originally filed in the Second Court of Appeals, this case was transferred to this Court on September 26, 2018 by the Texas Supreme Court pursuant to a docket equalization order. TEX. GOV'T CODE ANN. § 73.001.

Appellant filed a pro se notice of appeal. The same day, the trial court appointed trial counsel as appellate counsel. In December 2018, appellant filed a motion to abate for a hearing on counsel stating he had filed a State Bar grievance and a legal malpractice claim against trial counsel. We denied that motion. Since then, appellant has filed three additional pro se motions and/or correspondence seeking a hearing on appellate counsel.

Because there may be a conflict, we **ORDER** the trial court to hold a hearing to determine whether appellant should be appointed new counsel in this appeal. If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam).

We **ORDER** the trial court to transmit a record, containing written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable David Hagerman, Presiding Judge, 297th Judicial District Court, Tarrant County; to Michael Berger; to appellant Johnathan Cooper, TDCJ# 01862306, Roberson Unit, 12071 FM 3522, Abilene, TX 79601; and to the Tarrant County District Attorney's Office.

We **DEFER** ruling on the January 8, 2019 motion for extension of time to file appellant's brief until the hearing on counsel has been held and the Court has received the trial court's findings.

This appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
JUSTICE